UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| V-K-,<br><br>    Petitioner,<br><br>    v.<br><br>Kristi NOEM, Secretary, Department of Homeland Security; Ernesto SANTACRUZ, Jr., Acting Field Office Director, Los Angeles Field Office, Immigration and Customs Enforcement; Fereti SEMAIA, Warden, Adelanto ICE Processing Center; Pam BONDI, Attorney General; and, Todd LYONS, Acting Director, Immigration and Customs Enforcement.<br><br>    Respondents. | Case No.: 5:26-cv-00241-MWC-SK<br><br>**ORDER GRANTING UNOPPOSED Motion for Leave to Proceed Under Pseudonym [4]** |

Because Respondents filed no timely opposition (due on January 30, 2026) to Petitioner's Motion for Leave to Proceed Under Pseudonym (ECF 4), the unopposed Motion is GRANTED.  Petitioner may proceed under the pseudonym V-K- in this action.

1 | **IT IS SO ORDERED.**

Dated: February 2, 2026

STEVE KIM
United States Magistrate Judge