# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEE ATTACHED,<br><br>      Petitioner,<br><br>  vs.<br><br>SEE ATTACHED,<br><br>      Respondent(s). | Case No. SEE ATTACHED<br><br>**ORDER TO SHOW CAUSE**<br><br>Date: March 11, 2026<br>Time: 1:00 pm<br>Courtroom: 540 (Roybal Fed Bldg & US Crthse) |

1  In the cases listed on the attachment to this order, the parties are ordered to
2  show cause in person at the status conference why the preliminary relief entered by
3  the district court should not be converted immediately to final judgment on the merits
4  for the same reasons and on the same terms provided in the order granting such
5  preliminary relief.  *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 56(f); *cf.* Fed. R. Civ. P.
6  65(a)(2).

7  The parties may discharge this show-cause order by filing a stipulation and
8  proposed judgment granting the 28 U.S.C. § 2241 petition for the same reasons and on
9  the same terms already provided in the district court's order granting preliminary
10 relief by no later than 9 AM PT on March 11, 2026, in which case no appearances at
11 the 1 PM PT in-person status conference will be required.

12 Nothing in such stipulation and proposed judgment, once entered, should or will
13 be deemed a waiver on appeal of the government's existing documented arguments or
14 positions in this case opposing the granting of federal habeas relief for the reasons and
15 on the terms provided in the order rejecting those arguments or positions and granting
16 preliminary relief.

17 Otherwise, failure to appear in person at the status conference as ordered or to
18 be prepared to participate in good faith at the conference may lead to sanctions or
19 contempt proceedings.  *See, e.g.,* Fed. R. Civ. P. 16(f), 37(b)(2)(A), and 41(b); L.R.
20 41-1, 41-5

21 IT IS SO ORDERED.

Dated: March 10, 2026

STEVE KIM
United States Magistrate Judge

# ATTACHMENT

| Case Caption | Case Number |
|---|---|
| **Zakaryan v. Bondi, et al.** | **5:26-cv-384-JGB (SK)** |
| **V.K. v. Noem, et al.** | **5:26-cv-241-MWC (SK)** |
| **Alhroub v. Santacruz, et al.** | **5:26-cv-621-DOC (SK)** |
| **Barrera v. Noem, et al.** | **5:26-cv-531-MEMF (SK)** |