JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

V.K.,

        Petitioner,

    v.

KRISTI NOEM et al.,

        Respondents.

Case No. 5:26-cv-00241-MWC-SK

**JUDGMENT**

Pursuant to the Stipulated Order Granting Petition and Entry of Judgment, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in petitioner's request for a preliminary injunction granted by the district court on February 18, 2026.

DATED: April 1, 2026

_____
STEVE KIM
United States Magistrate Judge